# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

A. W. O'QUINN

VERSUS

LUTHER EMMITT BLOUNT, III,
JUDY D. FRUGE, AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO. 2019 CW 1203

JAN 2 3 2020

---

In Re: State Farm Mutual Automobile Insurance Company, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 154971.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The ruling of the trial court denying State Farm Mutual Automobile Insurance Company's motion for summary judgment is reversed and the motion is granted in favor of State Farm, dismissing plaintiff's claims against it. State Farm carried its burden of proof to demonstrate compliance with La. R.S. 22:1266 and cancellation of the policy for nonpayment of the premium prior to the accident at issue. Plaintiff did not then produce factual support sufficient to establish a genuine issue of material fact or that State Farm is not entitled to judgment as a matter of law.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT